IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHANTI DILLARD, *Plaintiff,* | : : : | CIVIL ACTION |
| v. | : : | No. 22-3445 |
| CHILDREN'S HOSPITAL OF PHILADELPHIA, *Defendant.* | : : : | |

## ORDER

**AND NOW**, this **7th** day of **July 2023**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 23) and Plaintiff's Response (ECF No. 26) it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1